# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

December 20, 2007

Mark D. Collins
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Re:  Birch Telecom, Inc., et al.**
**Case No. 05-12237**

Dear Mr. Collins:

        I assume you will respond to the December 12, 2007
letter from the City of Greensboro (Doc. # 1089).

                                Very truly yours,

                                Peter J. Walsh

PJW:ipm

cc:  Becky Jo Peterson-Buie
     Chief Deputy City Attorney