# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

February 20, 2008

Mark D. Collins
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**Re:  Birch Telecom, Inc., et al.**
     **Case No. 05-12237**

Dear Mr. Collins:

This is a follow-up to my letter of December 20, 2007.

I have not seen the docketing of a response.  Please advise.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc:  Becky Jo Peterson-Buie
     Chief Deputy City Attorney